IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LEE A. CALLAWAY, </br></br>  Plaintiff-Appellant, </br></br> vs. </br></br> ACTING COMMISSIONER OF SOCIAL SECURITY, </br></br>  Defendant-Appellee. | Case No. CV 115-166 |

### O R D E R

The judgment of this Court having been affirmed in part; vacated and remanded in part by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this ___7th___ day of May, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA